# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| BEAVER COUNTY RETIREMENT BOARD, Individually and on Behalf of All Others Similarly Situated, et al., | : : : | Civil Action Nos. 1:07 CV 750<br>1:07 CV 816<br>1:07 CV 941 |
| Plaintiffs, | : : | Judge Susan J. Dlott |
| v. | : : : | MOTION TO ADMIT COUNSEL PRO HAC VICE |
| LCA-VISION, INC., et al., | : : : | |
| Defendants. | : | |

Grant S. Cowan, trial counsel for defendants LCA-Vision, Inc., et al. ("LCA-Vision"), and a member in good standing of the bars of this Court and the Supreme Court of Ohio, moves the Court, pursuant to Local Rule 83.4(c), for the admission *pro hac vice* of Jordan D. Hershman, Jason D. Frank and Jason L. Watkins of the law firm of BINGHAM MCCUTCHEN LLP, 150 Federal Street, Boston, Massachusetts 02110-1726 as co-counsel for LCA-Vision, E. Anthony Woods, Steven C. Straus, Alan H. Buckey, and Craig P.R. Joffe.

In support of this Motion on behalf of Messrs. Hershman, Frank and Watkins, Movant states as follows:  Jordan D. Hershman, Jason D. Frank and Jason L. Watkins are members in good standing of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts, (see attached Certificates of Good Standing of Jordan D. Hershman, Jason D. Frank and Jason L.

Watkins in support of their Motion for Pro Hac Vice admission). A proposed order is also attached.

Upon their admission pro hac vice, Messrs. Hershman, Frank and Watkins will be working closely with the undersigned member of the bar of this Court and will comply with all state and court rules.

                Respectfully submitted,

                /s/ Grant S. Cowan
                Grant S. Cowan, Esq. (0029667)
                FROST BROWN TODD LLC
                2200 PNC Center
                201 E. 5th Street
                Cincinnati, OH 45202
                (513) 651-6745 Telephone
                (513) 651-6981 Facsimile
                gcowan@fbtlaw.com

                Trial Attorney for Defendant
                LCA-Vision, Inc.

OF COUNSEL:

Jordan D. Hershman
Jason D. Frank
Jason L. Watkins
BINGHAM MCCUTCHEN LLP.
150 Federal Street
Boston, MA 02110-1726
617-951-8000 Telephone
617-951-8736 Facsimile
Email: jordan.hershman@bingham.com
Email: jason.frank@bingham.com
Email: jason.watkins@bingham.com

Dated: January 23, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing *Motion To Admit Counsel Pro Hac Vice* has been electronically filed with the Clerk of the Court using the CM/ECF system and served on all counsel of record with CM/ECF Registration on this 23rd day of January, 2008.

/s/Grant S. Cowan_____
Grant S. Cowan, Esq.
Frost Brown Todd LLC