**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| BEAVER COUNTY RETIREMENT BOARD, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> LCA-VISION INC., et al., <br><br> Defendants. | **Lead Case No. 1:07-cv-00750-SJD** <br> (Consolidated with No. 1:07-cv-00816-SJD and No. 1:07-cv-00941-SJD) <br><br> Judge Susan J. Dlott |

**APPENDIX OF DOCUMENTS SUBMITTED
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
THE CONSOLIDATED COMPLAINT WITH PREJUDICE**

FROST BROWN TODD LLC
Grant S. Cowan
2200 PNC Center
201 East Fifth Street
Cincinnati, OH  45202-4182
Tel:  (513) 651-6745
Fax:  (513) 651-6981
gcowan@fbtlaw.com

BINGHAM McCUTCHEN LLP
Jordan D. Hershman
Jason D. Frank
Jason L. Watkins
One Federal Street
Boston, MA 02110-1726
Tel: (617) 951-8000
Fax: (617) 951-8736
jordan.hershman@bingham.com
jason.frank@bingham.com
jason.watkins@bingham.com

Attorneys for Defendants

**TABLE OF CONTENTS**

| TAB | DESCRIPTION |
|---|---|
| 1. | Bloomberg Chart of Conference Board Consumer Confidence Index, Sept. 2006 – Nov. 2007 |
| 2. | Form 10-K for 2005 |
| 3. | LCA-Vision Definitive Proxy Statement (Form DEF 14A) for 2006 |
| 4. | Form 8-K dated September 29, 2006 |
| 5. | Form 8-K dated October 24, 2006 |
| 6. | Form 10-Q for Q3 2006 |
| 7. | Form 8-K dated November 6, 2006 |
| 8. | Form 8-K dated February 12, 2007 |
| 9. | Form 10-K for 2006 |
| 10. | Form 8-K dated March 27, 2007 |
| 11. | Form 8-K dated Apr. 18, 2007 |
| 12. | Form 10-K/A for 2006 |
| 13. | Form 8-K dated May 9, 2007 |
| 14. | LCA-Vision Definitive Proxy Statement (Form DEF 14A) for 2007 |
| 15. | Form 8-K dated July 31, 2007 |
| 16. | Form 8-K dated October 30, 2007 |
| 17. | Form 10-K for 2007 |
| 18. | LCA-Vision Definitive Proxy Statement (Form DEF 14A) for 2008 |
| 19. | Press Release dated February 3, 2006 |
| 20. | Press Release dated November 2, 2006 |
| 21. | Conference Call transcript dated October 2, 2006 |
| 22. | Conference Call transcript dated February 12, 2007 |

| TAB | DESCRIPTION |
|---|---|
| 23. | Conference Call transcript dated April 18, 2007 |
| 24. | Conference Call transcript dated May 9, 2007 |
| 25. | William Blair & Company 27th Annual Growth Stock Conference transcript dated June 21, 2007 |
| 26. | Jefferies Healthcare Conference transcript dated June 26, 2007 |
| 27. | Conference Call transcript dated July 31, 2007 |
| 28. | Conference Call transcript dated October 30, 2007 |
| 29. | Conference Call transcript dated February 11, 2008 |
| 30. | JMP Securities Research Conference slideshow presentation dated May 23, 2007 |
| 31. | FTN Midwest Healthcare Conference slideshow presentation dated June 6, 2007 |
| 32. | William Blair 27th Annual Growth Stock Conference slideshow presentation dated June 21, 2007 |
| 33. | Jefferies Healthcare Conference slideshow presentation dated June 26, 2007 |
| 34. | "Investor Presentation" dated August 2007 |
| 35. | Maxim Group First Annual Growth Conference slideshow presentation dated September 20, 2007 |
| 36. | David Harmon, <u>Q1-2007 Refractive Volumes Record High</u>, Ophthalmic Market Perspectives (Market Scope), May 9, 2007 |
| 37. | David Harmon, <u>Q2-2007 Refractive Volume Grows 2.9 Percent</u>, Ophthalmic Market Perspectives (Market Scope), Aug. 9, 2007 |
| 38. | David Harmon, <u>Little Change in Q3-2007 Refractive Volume</u>, Ophthalmic Market Perspectives (Market Scope), Nov. 5, 2007 |
| 39. | Maxim Group Report dated May 10, 2007 |
| 40. | Oppenheimer Report dated Aug. 1, 2007 |

| TAB | DESCRIPTION |
|---|---|
| 41. | <u>FSB 100: America's Fastest Growing Small Companies</u>, Fortune Small Business, July/August 2006 |
| 42. | <u>Hot Growth Companies</u>, Business Week, June 5, 2006 |
| 43. | <u>Hot Topic: "Goldilocks" Economy: Can It Last?</u>, Wall St. J., Feb. 3, 2007 |
| 44. | Louise Kramer, <u>A Quick Brunello on the Way to Rome</u>, N.Y. Times, Sept. 16, 2007 |
| 45. | <u>U.S. Leading Economic Indicators and Related Composite Indexes for August 2007</u>, The Conference Board, Sept. 20, 2007 |
| 46. | Bloomberg News, <u>Economic Indicators Drop the Most in 6 Months as Confidence Ebbs</u>, N.Y. Times, Sept. 21, 2007 |
| 47. | Sudeep Reddy, <u>Consumer Gloom Adds to Recession Risk</u>, Wall St. J., Nov. 28, 2007 |
| 48. | Barnaby J. Feder, <u>As Economy Slows, So Do Laser Eye Surgeries</u>, N.Y. Times, April 24, 2008 |
| 49. | Bloomberg Historical Price Information for LCA-Vision Stock |
| 50. | Summary of Individual Defendants' Trading Activity in LCAV Securities During Proposed Class Period, and Forms 3, 4 and 5 |
| 51. | FAS 5: Accounting for Contingencies |

CINLibrary 0047422.0555276 1866141v1