IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Beaver County Retirement Board | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:07cv750 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| LCA-Vision Inc., et al., | : | |
| | : | |
| Defendant(s) | : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that Defendant's motion to dismiss (doc.#31) is GRANTED.


3/25/09                                                                JAMES BONINI, CLERK


                                                                        S/William Miller
                                                                       Deputy Clerk