UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| BEAVER COUNTY RETIREMENT BOARD, ) Individually and On Behalf of All Others Similarly Situated, ) ) ) | No. 1:07-cv-00750-SJD **(Consolidated)** |
| Plaintiff, ) ) ) | Judge J. Dlott CLASS ACTION |
| vs. ) ) LCA-VISION INC., et al., ) ) _____ ) | |

NOTICE OF APPEAL

Notice is hereby given that Lead Plaintiff, Beaver County Retirement Board, on behalf of itself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the district court's (1) Order Granting in Part and Denying in Part Motion to Strike and Granting Motion to Dismiss, entered March 25, 2009 (Docket No. 59); (2) Judgment Entry, entered March 25, 2009 (Docket No. 60); (3) Corrected Order Granting in Part and Denying in Part Motion to Strike and Granting Motion to Dismiss, entered March 26, 2009 (Docket No. 61); and (4) Order Denying Motion for Reconsideration, entered November 5, 2009 (Docket No. 66).

DATED:  December 4, 2009                    Respectfully submitted,

                                            COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
                                            HENRY ROSEN
                                            X. JAY ALVAREZ
                                            LAUREN G. KERKHOFF
                                            DARRYL J. ALVARADO


                                                      s/ X. JAY ALVAREZ
                                                     X. JAY ALVAREZ

                                            655 West Broadway, Suite 1900
                                            San Diego, CA  92101
                                            Telephone:  619/231-1058
                                            619/231-7423 (fax)
                                            E-mail:  henryr@csgrr.com
                                            E-mail:  jaya@csgrr.com
                                            E-mail:  lkerkhoff@csgrr.com
                                            E-mail:  dalvarado@csgrr.com

                                            Lead Counsel for Plaintiffs

STRAUSS & TROY
Richard S. Wayne (0022390)
Thomas P. Glass (0062382)
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, OH  45202-4018
Telephone:  513/621-2120
513/629-9426 (fax)
E-mail:  rswayne@strausstroy.com

Liaison Counsel

LAW OFFICES OF ALFRED G.
   YATES, JR., P.C.
ALFRED G. YATES, JR.,
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
Telephone:  412/391-5164
412/471-1033 (fax)
E-mail:  yateslaw@aol.com

Additional Counsel for Plaintiff

S:\CasesSD\LCA-Vision\not00063427.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 4, 2009, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on December 4, 2009.

s/ X. JAY ALVAREZ
X. JAY ALVAREZ

COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:jaya@csgrr.com

S:\CasesSD\LCA-Vision\not00063427.doc

# Mailing Information for a Case 1:07-cv-00750-SJD

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Xavier Jay Alvarez**
  jaya@csgrr.com

- **Matthew Roberts Chasar**
  mrchasar@reardonchasar.com

- **Grant Spencer Cowan**
  gcowan@fbtlaw.com

- **Jason D. Frank**
  jason.frank@bingham.com

- **Thomas P Glass**
  tpglass@strausstroy.com,dkhilling@strausstroy.com

- **Jordan D Hershman**
  jordan.hershman@bingham.com

- **Lauren G Kerkhoff**
  lkerkhoff@csgrr.com,risac@csgrr.com,dalvarado@csgrr.com

- **Maureen Mueller**
  mmueller@csgrr.com

- **Henry Rosen**
  henryr@csgrr.com

- **Jason Watkins**
  jason.watkins@bingham.com,nicole.burhoe@bingham.com,sarah.kim@bingham.com

- **Richard Stuart Wayne**
  rswayne@strausstroy.com,fmtuttle@strausstroy.com,acjansen@strausstroy.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`