UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| BEAVER COUNTY RETIREMENT BOARD, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | No. 1:07-cv-00750-SJD **(Consolidated)** |
| Plaintiff, | ) ) ) | Judge J. Dlott |
| vs. | ) ) ) | CLASS ACTION |
| LCA-VISION INC., et al., | ) ) ) ) | |

NOTICE OF APPEAL

Notice is hereby given that Lead Plaintiff, Beaver County Retirement Board, on behalf of itself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the district court's (1) Order Granting in Part and Denying in Part Motion to Strike and Granting Motion to Dismiss, entered March 25, 2009 (Docket No. 59); (2) Judgment Entry, entered March 25, 2009 (Docket No. 60); (3) Corrected Order Granting in Part and Denying in Part Motion to Strike and Granting Motion to Dismiss, entered March 26, 2009 (Docket No. 61); and (4) Order Denying Motion for Reconsideration, entered November 5, 2009 (Docket No. 66).

DATED: December 4, 2009

Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
HENRY ROSEN
X. JAY ALVAREZ
LAUREN G. KERKHOFF
DARRYL J. ALVARADO

s/ X. JAY ALVAREZ
X. JAY ALVAREZ

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: henryr@csgrr.com
E-mail: jaya@csgrr.com
E-mail: lkerkhoff@csgrr.com
E-mail: dalvarado@csgrr.com

Lead Counsel for Plaintiffs

STRAUSS & TROY
Richard S. Wayne (0022390)
Thomas P. Glass (0062382)
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, OH  45202-4018
Telephone:  513/621-2120
513/629-9426 (fax)
E-mail:  rswayne@strausstroy.com

Liaison Counsel

LAW OFFICES OF ALFRED G.
   YATES, JR., P.C.
ALFRED G. YATES, JR.,
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219
Telephone:  412/391-5164
412/471-1033 (fax)
E-mail:  yateslaw@aol.com

Additional Counsel for Plaintiff

S:\CasesSD\LCA-Vision\not00063427.doc

CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 4, 2009.

                                          s/ X. JAY ALVAREZ
                                          X. JAY ALVAREZ

                                          COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
                                          655 West Broadway, Suite 1900
                                          San Diego, CA  92101-3301
                                          Telephone:  619/231-1058
                                          619/231-7423 (fax)
                                          E-mail:jaya@csgrr.com

S:\CasesSD\LCA-Vision\not00063427.doc

# Mailing Information for a Case 1:07-cv-00750-SJD

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Xavier Jay Alvarez**
  jaya@csgrr.com

- **Matthew Roberts Chasar**
  mrchasar@reardonchasar.com

- **Grant Spencer Cowan**
  gcowan@fbtlaw.com

- **Jason D. Frank**
  jason.frank@bingham.com

- **Thomas P Glass**
  tpglass@strausstroy.com,dkhilling@strausstroy.com

- **Jordan D Hershman**
  jordan.hershman@bingham.com

- **Lauren G Kerkhoff**
  lkerkhoff@csgrr.com,risac@csgrr.com,dalvarado@csgrr.com

- **Maureen Mueller**
  mmueller@csgrr.com

- **Henry Rosen**
  henryr@csgrr.com

- **Jason Watkins**
  jason.watkins@bingham.com,nicole.burhoe@bingham.com,sarah.kim@bingham.com

- **Richard Stuart Wayne**
  rswayne@strausstroy.com,fmtuttle@strausstroy.com,acjansen@strausstroy.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`