Case No. 09-4526

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

BEAVER COUNTY RETIREMENT BOARD, Individually and on behalf of all other similarly situated,

    Plaintiff - Appellant

v.

LCA-VISION INC.; E. ANTHONY WOODS; STEVEN C. STRAUS; ALAN H. BUCKEY; CRAIG P.R. JOFFE,

    Defendants - Appellees

In accordance with Rule 33(d), Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                **ENTERED PURSUANT TO RULE 33(d),**
                                **RULES OF THE SIXTH CIRCUIT**
                                Leonard Green, Clerk

Issued: January 07, 2010

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 07, 2010

Mr. Xavier Alvarez

Mr. Grant S. Cowan

Mr. Joseph D. Daley

Mr. Henry Rosen

      Re: Case No. 09-4526, *Beaver County Retirement Board v. LCA-Vision Inc., et al*
           Originating Case No. : 07-00750

Dear Sir or Madam,

  The Court issued the enclosed Order today in this case.

                                         Sincerely yours,

                                         s/Teresa Mack
                                         Mediation Administrator

cc: Mr. James Bonini

Enclosure

No mandate to issue